MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REBECCA GASCA, an individual,<br><br>Plaintiffs,<br>vs.<br><br>CITY OF RENO, Nevada, a Municipal Corporation; JASON SOTO, in his official capacity as the Chief of the Reno Police Department; DARIN BALAAM, in his official capacity as Washoe County Sheriff; DOES I – X,<br><br>Defendants. | Case. No.: 3:22-CV-00238-MMD-CSD<br><br>**STIPULATION AND ORDER TO EXTEND:**<br><br>**(1) PLAINTIFF'S TIME TO AMEND COMPLAINT OR OPPOSE DEFENDANT RENO'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)**<br><br>**-AND-**<br><br>**(2) DEFENDANT BALAAM'S TIME TO ANSWER OR MOVE TO DISMISS COMPLAINT**<br><br>**(SECOND REQUEST)** |

   Pursuant to LR IA 6-1, Plaintiff REBECCA GASCA and Defendants CITY OF RENO, JASON SOTO, and DARIN BALAAM by and through their respective counsel, hereby stipulate and request that this Court extend the deadlines:

   (1) For Plaintiff's deadline to file an amended complaint or response in opposition to Defendants City of Reno and Jason Soto's Motion to Dismiss (ECF No. 6) to be extended from the current deadline of June 30, 2022, by fourteen (14) days to July 14, 2022; and,

1

(2) For Defendant Darin Balaam's deadline to answer or move to dismiss Plaintiff's Complaint (ECF No. 1), currently due on July 1, 2022[1], to be extended to July 28, 2022, or fourteen (14) days after Plaintiff files an amended complaint or response in opposition to Defendant City of Reno's Motion to Dismiss (ECF No. 6), whichever is earlier.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon Plaintiff's counsel's schedule and the desire to promote judicial efficiency.

WHEREFORE, the parties respectfully request that this Court or the deadlines extended as stated above.

IT IS SO STIPULATED.

DATED this 29th day of June, 2022.

/s/ Leo S. Wolpert
Margaret A. McLetchie, Bar No. 10931
Leo S. Wolpert, Bar No. 12658
602 South Tenth Street
Las Vegas, NV 89101
(702) 728-5300
maggie@nvlitigation.com
*Counsel for Plaintiff Rebecca Gasca*

DATED this 29th day of June, 2022.

/s/ William E. Cooper
William E. Cooper, Bar No. 2213
Deputy City Attorney
Post Office Box 1900
Reno, NV 89505
(775) 334-2050
cooperw@reno.gov
*Counsel for Defendants City of Reno and Jason Soto*

DATED this 29th day of June, 2022.

/s/ Michael W. Large
Michael W. Large, Bar No. 10119
Deputy District Attorney
One South Sierra Street
Reno, NV 89501
(775) 337-5700
mlarge@da.washoecounty.gov
*Counsel for Defendant Darin Balaam*

---

[1] This deadline was previously extended to July 1, 2022. (ECF No. 8.)

2

**ORDER**

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE

DATED: July 5, 2022

2