Margaret A. McLetchie, NV Bar No. 10931
Leo S. Wolpert, NV Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Phone: 702.728.5300; Fax: 702.425.8220
Efile@nvlitigation.com
*Attorneys for Plaintiff Rebecca Gasca*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| REBECCA GASCA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF RENO, Nevada, a Municipal Corporation; JASON SOTO, in his official capacity as the Chief of the Reno Police Department; DARIN BALAAM, in his official capacity as Washoe County Sheriff; DOES I – X,<br><br>Defendant. | Case No.: 3:22-cv-00238-MMD-CSD<br><br>**ORDER GRANTING STIPULATION TO EXTEND PLAINTIFF'S TIME TO OPPOSE DEFENDANTS' WASHOE COUNTY SHERIFF'S OFFICE AND DARIN BALAAM'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

It is hereby ordered that the stipulation to Extend Plaintiff's Time to oppose Defendants' Washoe County Sheriff's Office and Darin Balaam's Motion to Dismiss is Granted. Plaintiffs shall have until September 1, 2022, to file a response in opposition to the Washoe Defendants' Motion to Dismiss.

DATED  10th August, 2022.

**IT IS SO ORDERED.**

_____
U.S. DISTRICT COURT

4