Margaret A. McLetchie, NV Bar No. 10931
Leo S. Wolpert, NV Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Phone: 702.728.5300; Fax: 702.425.8220
Efile@nvlitigation.com
*Attorneys for Plaintiff Rebecca Gasca*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| REBECCA GASCA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF RENO, Nevada, a Municipal Corporation; WASHOE COUNTY SHERIFF'S OFFICE, a Municipal Corporation; DOUGLAS COUNTY SHERIFF'S OFFICE, a Municipal Corporation; JASON SOTO, in his individual capacity; DARIN BALAAM, in his individual capacity; DANIEL COVERLEY, in his individual capacity; DOES I – X,<br><br>Defendants. | Case No.: 3:22-cv-00238-MMD-CSD<br><br>**ORDER GRANTING STIPULATION TO:**<br><br>**EXTEND PLAINTIFF'S TIME TO OPPOSE DEFENDANTS' WASHOE COUNTY SHERIFF'S OFFICE AND DARIN BALAAM'S MOTION TO DISMISS [ECF No. 16]**<br><br>**(SECOND REQUEST)**<br><br>**-AND-**<br><br>**TO EXTEND PLAINTIFF'S TIME TO OPPOSE DEFENDANTS' DOUGLAS COUNTY SHERIFF'S OFFICE AND DANIEL COVERLEY'S JOINDER TO MOTION TO DISMISS [ECF No. 22]**<br><br>**(FIRST REQUEST)** |

It is hereby Ordered that the Stipulation to Extend Plaintiff's Time to Oppose Defendants' Washoe County Sheriff's Office and Darin Balaam's Motion to Dismiss (Second Request) and to Extend Plaintiff's Time to oppose Defendants' Douglas County Sheriff's Office and Daniel Coverley's Joinder to Motion to Dismiss (First Request) is Granted. Plaintiffs shall

. . .

. . .

. . .

4

have until **September 9, 2022**, to file a response in opposition to the Washoe Defendants' Motion to Dismiss and the Douglas Defendants' Joinder thereto.

**IT IS SO ORDERED.**

_____
U.S. DISTRICT COURT

DATED: 9/2/2022

5