MARGARET A. MCLETCHIE, Nevada Bar No. 10931
PIETER M. O'LEARY, Nevada Bar No. 15297
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Tel.: (702) 728-5300
Fax: (702) 425-8220
Email: efile@nvlitigation.com
*Counsel for Plaintiff Rebecca Gasca*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| REBECCA GASCA, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF RENO, Nevada, a Municipal Corporation; WASHOE COUNTY SHERIFF'S OFFICE, a Municipal Corporation; DOUGLAS COUNTY SHERIFF'S OFFICE, a Municipal Corporation; JASON SOTO, in his individual capacity; DARIN BALAAM, in his individual capacity; DANIEL COVERLEY, in his individual capacity; DOES I – X, <br><br> Defendants. | **Case. No.:** 3:22-cv-00238-MMD-CSD <br><br> **<u>STIPULATION AND ORDER TO WITHDRAW MOTIONS TO DISMISS AND AMEND COMPLAINT, AMEND COMPLAINT, AND STAY CASE DEADLINES PENDING SETTLEMENT AND MEDIATION</u>** |

Plaintiff Rebecca Gasca ("Plaintiff"), by and through her attorneys of record, McLetchie Law Group, PLLC and Defendants, Washoe County Sheriff's Office and Darin Balaam (the "Washoe Defendants"), by and through their attorney of record, Michael W. Large with Deputy District Attorney's Office; Defendants City of Reno and Jason Soto (the "Reno Defendants"), by and through their attorney of record, William E. Cooper with Deputy City Attorney's Office; and Defendants Douglas County Sheriff's Office and Daniel Coverley (the "Douglas Defendants"), by and through their attorney of record, Katherine F.

Parks with Thorndal Armstrong Delk Balkenbush & Eisinger (collectively "Defendants") (Plaintiff and Defendants collectively "Parties"), hereby stipulate as follows:

**WHEREAS:**

1. On July 14, 2022, Plaintiff filed her First Amended Complaint (ECF No. 11);

2. On September 9, 2022, Plaintiff filed her Motion for Leave to Amend her First Amended Complaint (ECF No. 26);

3. On September 15, 2022, The Court granted the parties' Stipulation and Order to Extend Discovery Order Deadlines) (ECF No. 18) extending, among other dates, the Discovery Cut-Off date to February 13, 2023, and the deadline for the Joint Pretrial Order to April 14, 2023;

4. On September 19, 2022, the Parties filed a [Proposed] Stipulated Protective Order (ECF No. 32) which is still pending[1];

5. The Parties have been meeting and conferring in good faith and have exchanged limited discovery;

6. Plaintiff and the Reno Defendants have agreed to go to mediation in an effort to resolve Ms. Gasca's claims against the Reno Defendants and other potential parties associated with the City of Reno that Ms. Gasca may seek claims against;

7. Plaintiff and the Washoe Defendants agreed to settlement and are in the process of executing settlement documents;

8. Plaintiff and the Douglas Defendants have reached a tentative resolution of Plaintiff's claims against the Douglas Defendants;

9. Plaintiff and the Reno Defendants have agreed the case deadlines in this matter should be stayed pending mediation in an effort to limit attorneys' fees and court resources and to further the likelihood of potential resolution.

---

[1] The Parties hereby request that the Court approve the Stipulated Protective Order be entered to facilitate the exchange of confidential material that will advance potential resolution between Plaintiff and the Reno Defendants.

**STIPULATION**

10. Accordingly, based on the Parties' good faith desire to attempt resolving this entire matter via settlement and/or mediation and as indicated by signature of counsel below, all Parties hereby stipulate to:

    a. Stay all current deadlines set forth in the Stipulation and Order to Extend Discovery Order Deadlines (ECF No. 18) pending mediation.

    b. Withdrawal of the pending Motion to Dismiss filed by Defendants Washoe County Sheriff's Office and Darin Balaam (ECF No. 16) and the Joinder thereto filed by Defendants Douglas County Sheriff's Office and Daniel Coverley (ECF No. 22) as moot;

    c. Withdrawal of Plaintiff's pending Motion for Leave to Amend (ECF. No. 26).

11. Plaintiff and the Reno Defendants also stipulate that Plaintiff may file a new Second Amended Complaint: (a) removing Defendants Washoe County Sheriff's Office, Darin Balaam, Defendants Douglas County Sheriff's Office, and Daniel Coverley; and (b) including new defendants associated with the City of Reno and related allegations.

12. Plaintiff and the Reno Defendants will file a status report within fifteen (15) days of the completion of mediation.

13. Plaintiff and the Reno Defendants further agree that, in the event mediation is not successful, that an additional stipulation and order to extend deadlines will be necessary (extending the current deadlines by the time the stay is in effect), and will meet and confer regarding the same and lifting the stay of current deadlines within twenty one (21) days of the completion of mediation.

DATED this 11th day of October, 2022                    DATED this 11th day of October, 2022

MCLETCHIE LAW                                                              RENO CITY ATTORNEY

By: */s/ Margaret A. McLetchie*                                     By: */s/ William E. Cooper*
    Margaret A. McLetchie, Esq.                                      KARL S. HALL

3

| | |
|---|---|
| Nevada Bar No. 10931<br>Leo S. Wolpert, Esq.<br>Nevada Bar No. 12658<br>602 South Tenth St.<br>Las Vegas, Nevada 89101<br>*Attorney for Plaintiff Rebecca Gasca* | Reno City Attorney<br>WILLIAM E. COOPER<br>Deputy City Attorney<br>Nevada State Bar No. 2213<br>Post Office Box 1900<br>Reno, Nevada 89505<br>*Attorneys for Defendants City of Reno and Jason Soto* |
| DATED this 11th day of October, 2022 | DATED this 11th day of October, 2022 |
| THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER | WASHOE COUNTY DISTRICT ATTORNEY |
| By: */s/ Katherine F. Parks*<br>    KATHERINE F. PARKS<br>    Thorndal Armstrong Delk<br>    Balkenbush & Eisinger<br>    Nevada State Bar Number 6227<br>    6590 S. McCarran Blvd., Suite B<br>    Reno, NV 89509<br>    (775) 786-2882<br>    *Attorneys for Attorney for Douglas County Sheriff's Office and Daniel Coverley* | By: */s/ Michael W. Large*<br>    CHRISTOPHER J. HICKS<br>    Washoe County District Attorney<br>    MICHAEL W. LARGE<br>    Deputy District Attorney<br>    Nevada State Bar Number 10119<br>    One South Sierra Street<br>    Reno, NV 89501<br>    (775) 337-5700<br>    *Attorneys for Defendants Washoe County Sheriff's Office and Darin Balaam* |

## **ORDER**

IT IS SO ORDERED this  12th  day of  October , 2022.

_____
UNITED STATES DISTRICT COURT JUDGE