KARL S. HALL
Reno City Attorney
WILLIAM E. COOPER
Deputy City Attorney
Nevada State Bar No. 2213
HOLLY S. PARKER
Deputy City Attorney
Nevada State Bar No. 10181
Post Office Box 1900
Reno, Nevada 89505
(775) 334-2050
cooperw@reno.gov
parkerh@reno.gov
*Attorneys for City of Reno and Jason Soto*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* ◊ \* \*

| | |
|---|---|
| REBECCA GASCA, an individual, | **CASE NO.: 3:22-cv-00238-MMD-CSD** |
| Plaintiffs, | |
| vs. | **STIPULATION FOR ORDER TO EXTEND STAY** |
| CITY OF RENO, Nevada, a Municipal Corporation; et al. | **(SECOND REQUEST)** |
| Defendants. | |

Plaintiff, Rebecca Gasca and Defendants City of Reno ("City") and Jason Soto (collectively "the Parties"), by and through their undersigned counsel of record, hereby stipulate as follows:

**WHEREAS**

1. On October 12, 2022, the Court entered the Order to Withdraw Motions to Dismiss and Amend Complaint and Stay Case Deadlines Pending Settlement and Mediation ("the Stay Order") (ECF No. 35).

2. Pursuant to the Stay Order (ECF No. 35), the Parties filed a Joint Status Report on December 28, 2022 advising they have reached general terms of a recommended settlement that, if approved by City Council, will resolve the remaining claims in the case (ECF No. 40).

3. On December 28, 2022, the Court entered a Minute Order ordering that settlement documents or a joint status report are due February 28, 2023 (ECF No. 41).

4. This matter has been effectively stayed since entry of the Stay Order.

5. The Parties agree that the case deadlines in this matter should continue to be stayed pending their efforts to obtain approval for the settlement from City Council and memorialize the proposed terms in a written settlement document.

## **STIPULATION**

6. Accordingly, based on the Parties' efforts to resolve the case, the parties hereby stipulate and request that the Court extend the stay of the case deadlines.

7. The Parties further agree that, in the event settlement is not approved, an additional stipulation and order to extend deadlines will be necessary (extending the current deadlines by the time the stay has been in effect). The Parties further stipulate that Plaintiff's deadline to amend the Complaint has been stayed, and a new deadline to file a motion to amend the pleadings or add parties will be set forth in the new stipulation and order setting deadlines if the settlement is not completed.

8. If the settlement is not approved, the Parties agree they will meet and confer by March 21, 2023, regarding lifting the stay of current deadlines and an additional stipulation and

///

///

///

///

///

///

///

order to extend deadlines.  This is 21 days after the joint status report regarding the status of settlement is due.

Dated this 26th day of January, 2022.                    Dated this 26th day of January, 2023.

RENO CITY ATTORNEY                                        McLETCHIE LAW

  /s/ Holly S. Parker                                              /s/ Margaret A. McLetchie
KARL S. HALL                                                    MARGARET A. McLETCHIE
Reno City Attorney                                              Nevada Bar No. 10931
HOLLY S. PARKER                                                 PIETER M. O'LEARY
Deputy City Attorney                                            Nevada Bar No. 15297
Nevada State Bar No. 10181                                      LEO S. WOLPERT
Post Office Box 1900                                            Nevada Bar No. 12658
Reno, Nevada 89505                                              602 South Tenth Street
*Attorneys for Defendants City of Reno and*                     Las Vegas, Nevada 89101
*Jason Soto*                                                    *Attorneys for Plaintiff*

**ORDER**

    IT IS SO ORDERED.

    Dated this 27th day of   January  , 2023.

UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the RENO CITY ATTORNEY'S OFFICE, and that on this date, I am serving the foregoing **Stipulation for Order to Extend Stay (Second Request)** on the party(s) set forth below by:

_____   Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices or;

_____   Personal delivery.

__X__   CMECF electronic service.

_____   Facsimile (FAX).

_____   Federal Express or other overnight delivery.

_____   Reno/Carson Messenger Service.

addressed as follows:

> Margaret A. McLetchie, Esq.
> Pieter M. O'Leary, Esq.
> Leo S. Wolpert, Esq.
> McLETCHIE LAW
> 602 South Tenth Street
> Las Vegas, NV 89101
> *Attorneys for Plaintiff*

DATED this 26th day of January, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jeanette Sparks*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Jeanette Sparks
　　　　　　　　　　　　　　　　　　　　　　　　　　　Legal Assistant