KARL S. HALL
Reno City Attorney
WILLIAM E. COOPER
Deputy City Attorney
Nevada State Bar No. 2213
HOLLY S. PARKER
Deputy City Attorney
Nevada State Bar No. 10181
Post Office Box 1900
Reno, Nevada 89505
(775) 334-2050
cooperw@reno.gov
parkerh@reno.gov
*Attorneys for City of Reno and Jason Soto*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* ◊ \* \*

| | |
|---|---|
| REBECCA GASCA, an individual, | **CASE NO.: 3:22-cv-00238-MMD-CSD** |
| Plaintiffs, | |
| vs. | **STIPULATION FOR ORDER FOR DISMISSAL WITH PREJUDICE** |
| CITY OF RENO, Nevada, a Municipal Corporation; et al. | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), and Rule LR 7-1 of the United States District Court, District of Nevada Local Rules, Plaintiff, by and through her attorney, MARGARET A. McLETCHIE, and Defendants, by and through their attorneys, KARL S. HALL, Reno City Attorney and HOLLY S. PARKER, Deputy City Attorney, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice.[1]

---

[1] The claims against all other Defendants have been dismissed, and only Plaintiff's claims against Defendants City of Reno and Jason Soto remain to be dismissed via this Stipulation for Order For Dismissal With Prejudice.

Each party shall bear its own attorney's fees and costs.

Dated this 9th day of March, 2023.                Dated this 9th day of March, 2023.

RENO CITY ATTORNEY                                McLETCHIE LAW

_/s/ Holly S. Parker_                             _/s/ Margaret A. McLetchie_
KARL S. HALL                                      MARGARET A. McLETCHIE
Reno City Attorney                                Nevada Bar No. 10931
HOLLY S. PARKER                                   PIETER M. O'LEARY
Deputy City Attorney                              Nevada Bar No. 15297
Nevada State Bar No. 10181                        LEO S. WOLPERT
Post Office Box 1900                              Nevada Bar No. 12658
Reno, Nevada 89505                                602 South Tenth Street
*Attorneys for Defendants City of Reno and*       Las Vegas, Nevada 89101
*Jason Soto*                                      *Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

Dated this 9th day of March, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE